# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1839. MELVIN HOOD v. THE STATE.

Melvin Hood was convicted of multiple counts of aggravated battery and aggravated assault, and we affirmed his conviction on appeal. *Hood v. State*, Case No. A17A1093 (2017) (per curiam). Hood later filed an extraordinary motion for new trial, which the trial court denied. He then filed both an application for discretionary review, see A18D0358, and a notice of appeal.

As the appellee contends in its motion to dismiss, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). We denied Hood's application for discretionary review on March 23, 2018. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). The motion to dismiss is therefore GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/28/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*